[No. 36511-8-I.    Division One.    August 11, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. CHARLES JACKSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 94-1-03306-5, Richard A. Jones, J., entered April 24, 1995. *Affirmed in part* and *remanded* by unpublished per curiam opinion.

[No. 37123-1-I.    Division One.    August 11, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. FRANCISCO ROMOLO, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 95-1-00652-0, George T. Mattson, J., entered August 11, 1995. *Remanded* by unpublished per curiam opinion.

[No. 37248-3-I.    Division One.    August 11, 1997.]

ELSIE SORGENFREI, ET AL., *Appellants*, v. SNOHOMISH COUNTY PUBLIC UTILITY DISTRICT NO. 1, *Respondent*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 94-2-05145-6, Linda C. Krese, J., entered August 29, 1995. *Affirmed in part, reversed in part* and *remanded* by unpublished opinion per Becker, J., concurred in by Baker, C.J., and Coleman, J.

[No. 37277-7-I.    Division One.    August 11, 1997.]

TRUCK INSURANCE EXCHANGE, *Respondent*, v. AZIM AMIRA, ET AL., *Respondents*, LINDA T.Y. LEE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 94-2-32243-5, Liem E. Tuai and Jim Bates, JJ., entered August 4, September 7 and October 24, 1995. *Reversed* by unpublished opinion per Grosse, J., concurred in by Baker, C.J., and Webster, J.